437-08/MEU/DJF
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
HANSA LINIE CO.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Michael E. Unger (MU 0045)
Daniel J. Fitzgerald (DF 6313)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
HANSA LINIE CO.,

                           Plaintiff,

    -against-

PALMYRA SHIPPING AND CHARTERING LTD.,

                           Defendant.
------------------------------------------------------------------x

08 CV ( )

RULE 7.1 STATEMENT

    The Plaintiff, HANSA LINIE CO., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
         August 8, 2008

                                        FREEHILL HOGAN & MAHAR, LLP
                                        Attorneys for Plaintiff Hansa Linie Co.

                     By:      /s/ Daniel J. Fitzgerald
                                        Michael E. Unger (MU 0045)
                                        Daniel J. Fitzgerald (DF 6313)
                                        80 Pine Street
                                        New York, NY 10005
                                        Telephone: (212) 425-1900
                                        Fax: (212) 425-1901

NYDOCS1/310163.1