143-08/MEU/DJF
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
HANSA LINIE CO.,

                    Plaintiff,

    - against -

PALMYRA SHIPPING AND CHARTERING LTD.,

                    Defendant.
-----------------------------------------------------------------x

08 CIV 7072 (LTS)

**ORDER DIRECTING RELEASE OF FUNDS, VACATURE OF ATTACHMENT AND DISCONTINUANCE OF ACTION**

WHEREAS Plaintiff Hansa Linie Co ("Hansa") commenced this action pursuant to Rule B of the Supplemental Rules of the Federal Rules of Civil Procedure seeking security in aid of claims pending arbitration in London against Defendant Palmyra Shipping and Chartering Ltd ("Palmyra"); and

WHEREAS Plaintiff Hansa filed a Verified Complaint on or about August 8, 2008 praying for the issuance of a maritime attachment, and the Court executed an Order on or about August 11, 2008, directing the issuance of Process of Maritime Attachment and Garnishment in the sum of $195,124.90; and

WHEREAS the Process of Maritime Attachment and Garnishment was served upon various garnishee banks; and

WHEREAS the parties have now entered into an escrow agreement, pursuant to which Defendant Palmyra has agreed to provide alternative security by paying into escrow the sum of $195,124.90 in favor of Plaintiff Hansa pending the resolution of the London arbitral proceedings;

NYDOCS1/310633.1

IT IS HEREBY ORDERED that any funds currently under attachment pursuant to the Attachment Order in the custody of any garnishee bank be released in accordance with the original wire transfer instructions; and it is further

ORDERED that the Attachment Order be vacated with prejudice and without costs to either party; and it is further

ORDERED that this action be discontinued with prejudice and without costs as to either party.

Dated: New York, New York
August 15, 2008

"SO ORDERED"

_____
The Hon. Laura Taylor Swain